UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| AUMINTRIUS DAMOUR GUNN, | Case No. 2:21-cv-00365-JDP (PC) |
|---|---|
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT |
| v. | |
| STANTON CORRECTIONAL FACILITY, *et al.*, | ECF No. 12 |
| Defendants. | |

On April 16, 2021, I screened plaintiff's complaint, notified plaintiff that the complaint failed to state a claim, and granted him sixty days to file an amended complaint. ECF No. 9. To date, plaintiff has not filed an amended complaint. However, he recently filed a request for the status of the case. ECF No. 12. In that filing, plaintiff appears to request that he be granted additional time to submit any necessary documents. I will construe plaintiff's filing as a motion for an extension of time to file an amended complaint, and I will grant the motion.

Accordingly, it is hereby ORDERED that:

1. Plaintiff request for status, ECF No. 12, is construed as a motion for an extension of time.

2. Plaintiff's motion for an extension of time is granted.

3. Plaintiff is granted until July 30, 2021 to file a first amended complaint.

4. The Clerk of Court is directed to send plaintiff a copy of the April 16, 2021 order. ECF No. 10.

IT IS SO ORDERED.

Dated: ___June 29, 2021___  　　　　　　　　　___/s/ Jeremy Peterson___
　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE